**Order filed August 1, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00466-CV
_____

**RIMA GROUP, INC., Appellant**

**V.**

**DAVID H. JANOWITZ AND CYNTHIA EDMISTON, AS TRUSTEE OF THE JANOWITZ EDMISTON FAMILY LIVING TRUST, Appellees**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2017-00370

## O R D E R

The clerk's record was filed July 21, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Final Summary Judgment signed March 17, 2017.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 21, 2017, containing the Final Summary Judgment signed March 17, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM